# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAWL SPACE DOOR SYSTEM, INC., d/b/a CRAWL SPACE DOOR SYSTEMS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>WHITE & WILLIAMS LLP.,<br><br>*Defendant*. | CIVIL ACTION<br>Case No. 2:22-cv-04698-GAM |

## DEFENDANT WHITE AND WILLIAMS LLP'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

For the reasons set forth in the accompanying Memorandum of Law, defendant White and Williams LLP respectfully moves to dismiss Plaintiff's Complaint.

**WHITE AND WILLIAMS LLP**

By: /s/ Peter J. Mooney
Peter J. Mooney, Esquire
*Attorneys for Defendant,*
*White and Williams LLP*
1650 Market Street
Suite 1800
Philadelphia, PA 19103
(215) 864-7164

Date: December 30, 2022

30097048v.1