**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CRAWL SPACE DOOR SYSTEM, INC., d/b/a CRAWL SPACE DOOR SYSTEMS, INC. | : |
| | : |
| *Plaintiff*, | : |
| | :  CIVIL ACTION |
| v. | :  Case No. 2:22-cv-04698-GAM |
| | : |
| WHITE & WILLIAMS LLP | : |
| *Defendant*. | : |
| | : |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that

Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED with

prejudice.


BY THE COURT:


_____

McHugh, J.


30097048v.1