IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAWL SPACE DOOR SYSTEM, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WHITE AND WILLIAMS, LLP | : | CASE NO.  2:22-CV-04698-GAM |

ORDER

AND NOW, this ____ Day of _____, 2023, it is hereby

ORDERED that the application of __Duncan Byers__, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 2:22-CV-04698-GAM

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

1. APPLICANT'S STATEMENT

I, _Duncan Byers_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and have submitted payment via _credit card_, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 2002 | 48146 |
|  |  |  |
|  |  |  |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S. 4th Circuit | 2002 | 48146 |
| U.S. Patent. Office | 2002 | 50707 |
| U.S. Ct. of Fed. Claims | 2004 | 48146 |
| U.S. Federal Circuit | 2012 | 48146 |
| U.S. 3rd Circuit | 2021 | 48146 |
| Virginia Eastern District | 2002 | 48146 |
| Virginia Western District | 2002 | 48146 |
| Nebraska District | 2022 | 48146 |
| Florida Middle District (pro hac vice) | 2021 | 48146 |
| Penn. Eastern Dist. (pro hac vice) | 2022 | 48146 |
| N.C. Eastern Dist. (special app.) | 2022 | 48146 |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for        Crawl Space Door System, Inc.

(Applicant's Signature)

January 20, 2023
(Date)

NAME OF APPLICANT'S FIRM, ADDRESS, TELEPHONE NUMBER AND EMAIL ADDRESS:

Byers Law; 1769 Jamestown Road, Suite 211, Williamsburg, VA 23185

(757) 317-2779

dbyers@dbyerslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 20, 2023
                 (Date)                                               (Applicant's Signature)

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Duncan Byers  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date, served on all interested counsel via the Court's electronic filing system.

| Casey Green | (signature) | 11/21/2006 | 91005 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sidkoff, Pincus & Green, 1101 Market Street, Suite 2700, Philadelphia, PA  19107

(215) 574-0600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     <u>January 20, 2023</u>                              _____
                        (Date)                                       (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAWL SPACE DOOR SYSTEM, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WHITE AND WILLIAMS, LLP | : | CASE NO. 2:22-CV-04698-GAM |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Duncan Byers  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was sent by ECF Notification to all counsel of record.

/s/ Casey Green
Signature of Attorney

Casey Green
Name of Attorney

Crawl Space Door System, Inc.
Name of Moving Party

January 20, 2023
Date