# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAWL SPACE DOOR SYSTEM, INC. | : | |
| | : | |
| PLAINTIFF, | : | |
| v. | : | |
| WHITE AND WILLIAMS, LLP | : | 2:22-cv-04698-GAM |
| | : | |
| DEFENDANT. | : | |

## ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that Defendant's Motion to Dismiss is DENIED.

_____
Gerald Austin McHugh, U.S.D.J.