IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAWL SPACE DOOR SYSTEM, INC. : CIVIL ACTION
:
v. :
:
WHITE AND WILLIAMS, LLP : CASE NO. 2:22-CV-04698-GAM

## ORDER

AND NOW, this 20th Day of January, 2023, it is hereby

ORDERED that the application of Duncan Byers, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

/s/ Gerald Austin McHugh
J.