### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAWL SPACE DOOR SYSTEM, INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-4698** |
| | : | |
| **WHITE & WILLIAMS, LLP** | : | |

### ORDER

This 22nd day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 27, is **GRANTED**. Plaintiff's claim is **DISMISSED** with prejudice.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge