**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRALW SPACE DOOR SYSTEM, INC.** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| v. | : | |
| | : | |
| **WHITE AND WILLIAMS, LLP** | : | **2:22-cv-04698-GAM** |
| | : | |
| | : | |
| **DEFENDANT.** | : | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Crawl Space Door System, Inc. appeals to the United States Court of Appeals for the Third Circuit from the Order dated June 22, 2023 (ECF Doc. No. 37) that granted Defendant's Motion to Dismiss and dismissed the above matter.

Dated: July 21, 2023

                                                      Respectfully submitted,

                                                    /s/ *Casey Green*
                                                    Casey Green, Esquire
                                                    Sidkoff, Pincus & Green, P.C.
                                                    1101 Market Street
                                                    Suite 2700
                                                    Philadelphia, PA 19107
                                                    215-574-0600
                                                    215-574-0310 (fax)
                                                    cg@sidkoffpincusgreen.com

                                                    Duncan Byers, Esquire
                                                    Byers Law
                                                    1769 Jamestown Road, Suite 120
                                                    Williamsburg, Virginia 23185
                                                    dbyers@dbyerslaw.com
                                                    *Pro Hac Vice*

                                                    *Attorneys for Plaintiff / Appellant*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the within *Notice of Appeal* with the Clerk of Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

Dated:  July 21, 2023

                                                /s/ *Casey Green*
                                                Casey Green, Esquire